**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 22-02775-EG |
| SABRINA P. DENNIS | (CHAPTER 13) |
| | **ORDER OF DISMISSAL WITH PREJUDICE FOR A PERIOD OF ONE YEAR FOR FAILURE TO MAKE PAYMENTS PURSUANT TO SETTLEMENT AGREEMENT AND NON-COMPLIANCE WITH PRIOR P-III ORDER OF THE COURT** |
| Debtor | |

This matter comes before the court upon the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Payments Pursuant to the Settlement Agreement and Prior P-III Order of the Court. Pursuant to the August 28, 2023, P-III Order of this Court approving a settlement agreement between the Trustee and the Debtor, the Debtor agreed to make certain payments within a certain time period in exchange for not having the within Chapter 13 case dismissed and upon the failure of the Debtor to make those payments in the amount and within the time period reflected in the settlement agreement, the case would be dismissed upon written request of the Trustee, without further notice or hearing.

It now appears that the Debtor Has failed to make the payments pursuant to the settlement agreement and therefore pursuant to the Court's prior P-III Order, this case is hereby dismissed.

Additionally, a prior Order of this Court requires that if this case is dismissed for any reason, it would be dismissed with prejudice for a period of ONE YEAR. Therefore, such dismissal shall be with prejudice for a period of ONE YEAR, during which time the Debtor shall be prohibited from filing another Chapter 11, 12, or 13 bankruptcy petition.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**10/02/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 10/02/2023