## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No: 22-02775-EG |
| SABRINA P. DENNIS XXX-XX-8528 ) | |
| (Sabrina Pearson Dennis) ) | Chapter 13 |
| 1240 SUMNER AVENUE ) | |
| CHARLESTON, SC 29406 ) | |
| ) | |
| Debtor. ) | |

## MOTION TO RECONSIDER

Sabrina P. Dennis, (hereinafter referred to as the "Debtor"), by and through her undersigned attorney, hereby moves this Court pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, made applicable to this bankruptcy proceeding through Bankruptcy Rule 9024, to reconsider its Order of Dismissal. The Debtor is informed and believe that cause exists which would allow this Court to reconsider this Order and allege as follows:

1. The Debtor filed for Chapter 13 relief on October 12, 2022.

2. The Debtor's Amended Chapter 13 plan, which provides for payments $1,825 per month payable over 60 months, was confirmed on February 6, 2023.

3. Beginning in May 2023, the Debtor fell behind in her plan payments and in response to the Trustee's Motion to Dismiss her case, entered into a consent Order which would have brought her case current.

4. Notwithstanding the fact that the Debtor had the funds, she had misunderstood when her cure payments were due and as a result, had made payments in an amount less than as required under the terms of the settlement agreement.

4. As a result, the Trustee requested that the case be dismissed, which was granted on October 2, 2023.

5. The Debtor has the funds available to immediately reinstate by bringing the plan current. Further, she now better understands the process and insuring that she has properly set up the payments to be auto-debited from her account through TFS bill pay.

6. The Debtor believes that adequate cause exists to grant the relief requested. As the Trustee was making both her house and car payments through her

plan, the reinstatement of the case is necessary to allow her to retain possession of those essential assets.

WHEREFORE, the Debtor prays that this Court reconsider its Order of Dismissal and allow the Debtor to continue in Chapter 13; and for such other and further relief this Court deems just and equitable.

Respectfully submitted,

CAMPBELL LAW FIRM, P.A.

/s/ Michael Conrady
MICHAEL H. CONRADY
Attorney for the Debtor
Post Office Box 684
Mt. Pleasant, S.C.  29465
(843) 884-6874/884-0997(fax)
District Court I.D. No. 5560
mconrady@campbell-law-firm.com

Mt. Pleasant, South Carolina
This 10 day of October, 2023.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: )<br>)<br>SABRINA P. DENNIS XXX-XX-8528 )<br>(Sabrina Pearson Dennis) )<br>1240 SUMNER AVENUE )<br>CHARLESTON, SC 29406 )<br>)<br>Debtor. )<br>) | B/K Case No: 22-02775-EG<br><br>Chapter 13 |

## CERTIFICATE OF MAILING

I, Michael Conrady of the Campbell Law Firm, P.A. hereby certify that on this day I mailed a true and correct copy of the following:

## NOTICE AND MOTION TO RECONSIDER

by mailing said copies by First Class United States mail and Certified mail, with proper postage affixed thereto and addressed to the following parties and those listed on the attached mailing matrix:

/s/ Michael Conrady
MICHAEL H. CONRADY
Campbell Law Firm, PA
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: October 10, 2023

```
Label Matrix for local noticing          (p)AUTOMONEY INC                      Bank of America
0420-2                                    ATTN ABIGAIL SCUDDER DUFFY            100 N Tryon St
Case 22-02775-eg                          450 MEETING ST                        Charlotte NC 28202-4036
District of South Carolina                CHARLESTON SC 29403-5522
Charleston
Tue Oct 10 10:45:00 EDT 2023

Bank of America, N.A.                     Brock and Scott                       Capital Accounts
Care Of  Cooling & Winter, LLC            3800 Fernandina Road, Suite 110       Attn: Bankruptcy
220 North Main Street, Suite 500          Columbia SC 29210-3838                Po Box 140065
Greenville SC 29601-2129                                                        Nashville TN 37214-0065


Cavalry SPV I, LLC                        Michael Conrady                       (p)SOUTHERN MANAGEMENT
PO Box 4252                               Campbell Law Firm, PA                 PO BOX 1947
Greenwich, CT 06831-0405                  PO Box 684                            GREENVILLE SC 29602-1947
                                          Mt. Pleasant, SC 29465-0684


Credit Collection Services                Debt Recovery Solution                Sabrina P. Dennis
Po Box 607                                Attn: Bankruptcy                      1240 Sumner Avenue
Norwood MA 02062-0607                     6800 Jericho Turnpike Suite 113e      Charleston, SC 29406-3822
                                          Syosset NY 11791-4401


(p)INTERNAL REVENUE SERVICE               Kevin Corley                          LVNV Funding, LLC
CENTRALIZED INSOLVENCY OPERATIONS         P.O. Box 287                          Resurgent Capital Services
PO BOX 7346                               Columbia SC 29202-0287                PO Box 10587
PHILADELPHIA PA 19101-7346                                                      Greenville, SC 29603-0587


Travis E. Menk                            Midland Funding, LLC                  Midnight Velvet
Brock & Scott, PLLC                       Attn: Bankruptcy                      c/o Creditors Bankruptcy Service
3825 Forrestgate Dr.                      Po Box 939069                         P.O. Box 800849
Winston-Salem, NC 27103-2930              San Diego CA 92193-9069               Dallas, TX 75380-0849


Midnight Velvet/Swiss Colony              Monroe & Main                         Monroe & Main
Attn: Bankruptcy                          Attn: Bankruptcy                      c/o Creditors Bankruptcy Service
1112 Seventh Ave                          1112 7th Avenue                       P.O. Box 800849
Monroe WI 53566-1364                      Monroe WI 53566-1364                  Dallas, TX 75380-0849


NetCredit                                 NetCredit                             Quantum3 Group LLC as agent for
175 W Jackson Blvd                        Attn: Bankruptcy                      Velocity Investments LLC
Suite 1000                                175 W. Jackson Blvd, Ste 1000         PO Box 788
Chicago, IL 60604-2863                    Chicago IL 60604-2863                 Kirkland, WA  98083-0788


RISE Credit                               (p)PERITUS PORTFOLIO SERVICES II LLC  South Carolina Department of Revenue
Attn: Bankruptcy                          P O BOX 141419                        300A Outlet Pointe Blvd.
Po Box 101808                             IRVING TX 75014-1419                  Columbia SC 29210-5666
Fort Worth TX 76185-1808


South Carolina FCU                        Synchrony Bank by AIS InfoSource, LP as   Synchrony Bank by AIS InfoSource, LP as agen
P.o. Box 190012                           agent                                 4515 N Santa Fe Ave
N. Charleston SC 29419-9012               4515 N Santa Fe Ave                   Oklahoma City, OK 73118-7901
                                          Oklahoma City, OK 73118-7901
```

```
Synchrony Bank/Sams                 US Trustee's Office                  Wells Fargo Bank, N.A.
Attn: Bankruptcy                    Strom Thurmond Federal Building      3476 Stateview Blvd
Po Box 965060                       1835 Assembly Street                 Fort Mill, SC 29715-7200
Orlando FL 32896-5060               Suite 953
                                    Columbia, SC 29201-2448


Wells Fargo Bank, N.A.              Wells Fargo Bank, N.A., Wells Fargo Card Ser    Wells Fargo Hm Mortgag
Default Document Processing         PO Box 10438, MAC F8235-02F          Po Box 10335
MAC# N9286-01Y                      Des Moines, IA  50306-0438           Des Moines IA 50306-0335
P.O. Box 1629
Minneapolis MN 55440-1629


Wylie Westmoreland Clarkson         James M. Wyman
P.O. Box 287                        PO Box 997
Columbia SC 29202-0287              Mount Pleasant, SC 29465-0997
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Auto Money                          Covington Credit/smc                 Internal Revenue Service
3720 Rivers Ave                     Attn: Bankruptcy                     Centralized Insolvency Operation
Charleston SC 29406                 Po Box 1947                          Post Office Box 21126
                                    Greenville SC 29602                  Philadelphia PA 19114


RISE Credit                         End of Label Matrix
Peritus Portfolio Services II, LLC  Mailable recipients    37
PO BOX 141419                       Bypassed recipients     0
IRVING, TX  75014-1419              Total                  37
```