**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO:  22-02775-EG |
| SABRINA P. DENNIS | (CHAPTER 13) |
| | **OBJECTION TO:** |
| | **DEBTOR'S MOTION TO RECONSIDER DISMISSAL** |
| Debtor | |

        Please take notice that the trustee objects to the DEBTOR'S MOTION TO
RECONSIDER DISMISSAL for the following reason(s):

    **The case was dismissed with prejudice for one year.**

Trustee requests a hearing for the objection to be heard.

Dated: 10/11/2023                    /s/ James M. Wyman
                                     James Wyman, Trustee Dist Ct ID 5552
                                     Beth Renno, Staff Attorney Dist Ct ID 5627
                                     PO Box 997
                                     Mt. Pleasant, SC  29465-0997
                                     Phone: (843) 388-9844
                                     Fax: (843) 388-9877
                                     Email: 13office@charleston13.com

## <u>CERTIFICATE OF SERVICE</u>

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

CAMPBELL LAW FIRM PA
PO BOX 684
MT PLEASANT, SC  29465

SABRINA P. DENNIS
1240 SUMNER AVENUE
CHARLESTON, SC  29406

Date: October 11, 2023

/s/ Kimberly Lamontagne

Kimberly Lamontagne
Office of the Chapter 13 Trustee
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com